# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2015

Robert P. Young, Jr.,
Chief Justice

151741

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

In re VANGORDER, Minors.

SC: 151741
COA: 324716
Ingham CC Family Division:
14-001220-NA; 14-001221-NA

_____/

On order of the Court, the application for leave to appeal the May 14, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2015



s0630

Clerk